
FILED

2003 NOV -5 A 11: 35

U.S. DISTRICT COURT
HARTFORD CT

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

DANBURY INSURANCE COMPANY        :   CASE NO.   302CV2097 (RNC)
                    Plaintiff    :
                                 :
                                 :
                                 :
VS.                              :
                                 :
                                 :
                                 :
JASON GINNETTI                   :
                    Defendant    :   NOVEMBER 5, 2003


## DEFENDANT'S OBJECTION TO
## MOTION FOR SUMMARY JUDGMENT


The defendant in the above captioned matter, Jason Ginnetti, respectfully sets forth his reply to the plaintiff, The Danbury Insurance Company's Motion for Summary Judgment and Memorandum of Law in support of its motion for summary judgment dated September 8, 2003. The defendant submits that there are questions of material fact, and that summary judgment is inappropriate. In support of the defendant's position, the defendant is filing a memorandum of law in opposition which is marked Exhibit A, an Affidavit from the defendant which is marked Exhibit B, and an affidavit from Tricia Farace, which is marked Exhibit C.

1

Wherefore the defendant requests that the plaintiff's Motion for Summary Judgment should be denied.

Respectfully Submitted on behalf of

The Defendant, Jason Ginnetti

_____
CHARLES B. ANGELO
Antollino, Angelo & Scalesse
500 East Main Street
Branford, Connecticut 06405
(203) 483-3100
Federal Bar No. CT 05310

2

## CERTIFICATION

This hereby certifies that the foregoing has been mailed, postage prepaid, on the 5th  day of November, 2003 to the following:


Rene Gerard Martineau
DelSole & DelSole, LLP
46 Whittlesey Avenue
Wallingford, Connecticut 06492


_____
CHARLES B. ANGELO

3