UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANBURY INSURANCE COMPANY<br>Plaintiff | : | CASE NUMBER 302CV02097(RNC) |
| VS. | : | |
| JASON GINNETTI<br>Defendant | : | NOVEMBER 5, 2003 |

## AFFIDAVIT OF JASON GINNETTI

Personally appeared the undersigned, who, being duly sworn deposes and says:

1) That I am over eighteen years of age and appreciate the obligation of an oath.

2) That my name is Jason Ginnetti. I reside at 715 Durham Road, Madison, CT 06443 with Tricia Farace.

3) That I have lived there for ten years.

4) That at some time during May of 2001, I was in contact with my insurance agent, the CPM Insurance Company, about obtaining a homeowner's insurance policy for the property at 715 Durham Road.

5) That as part of the application process, CPM Insurance made contact with Tricia Farace and asked a series of questions in order to obtain information regarding the requested policy.

6) That one of the questions asked by the CPM Insurance representative was whether we had any dogs that were living at the property.

7) That Tricia Farace answered the question by stating that there were two pet dogs residing at the property with us.

8) That I subsequently signed the application for homeowner's insurance that had the answers already filled in by the CPM Insurance representative which did not reflect the information on our dogs.

9) That it was my belief when I signed the application that the answers were written on it as Tricia Farace had verbally given them.

10) That at all times I believed that the CPM Insurance Company had accurate information on the application of homeowner's insurance for 715 Durham Road.

Dated at Branford, Connecticut this 3rd day of November, 2003.

_____
JASON GINNETTI

Jason Ginnetti
715 Durham Road
Madison, Connecticut 06443

Subscribed and sworn to before me, this 3rd day of November, 2003.

_____
CHARLES B. ANGELO
Antollino, Angelo & Scalesse
500 East Main Street
Branford, Connecticut 06405
(203) 483-3100
Federal Bar No. CT 05310