UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **DANBURY INSURANCE COMPANY** | : | **CASE NUMBER 302CV02097(RNC)** |
| **Plaintiff** | : | |
| | : | |
| **VS.** | : | |
| | : | |
| **JASON GINNETTI** | : | |
| **Defendant** | : | **NOVEMBER 5, 2003** |

### AFFIDAVIT OF TRICIA FARACE

Personally appeared the undersigned, who being duly sworn, deposes and says:

1) That I am over eighteen years of age and appreciate the obligation of an oath.

2) That my name is Tricia Farace and I reside at 715 Durham Road, Madison, CT 06443 with Jason Ginnetti.

3) That at some time during May of 2001, Jason Ginnetti applied for a homeowner's insurance policy through his agent, CPM Insurance.

4) That I had a phone conversation with a representative of CPM Insurance and the dialogue centered on information the CPM insurance representative required regarding the homeowner's policy that Jason Ginnetti was applying for.

5) That in direct response to a question from the CPM Insurance representative as to whether there were any dogs on the premises, I responded affirmatively that there were two pet dogs that were living on the property with Jason Ginnetti and I.

6) That the CPM Insurance Representative replied "okay" and did not ask about the specific breeds of the dogs.

7) That as far as I know there was never any further inquiry by either the CPM Insurance Company, or the Danbury Insurance Company about the breeds of dogs that we owned.

8) That the answer I gave regarding the pet dogs was clear and unambiguous and the CPM Insurance representative gave no indication that it was not understood.

Dated at Branford, Connecticut, the 3rd day of November, 2003.

_____
**TRICIA FARACE**

Tricia Farace
715 Durham Road
Madison, CT 06443


Subscribed and sworn to before me, this 3rd day of November, 2003.

_____
**CHARLES B. ANGELO**
Antollino, Angelo & Scalesse
500 East Main Street
Branford, Connecticut 06405
(203) 483-3100
Federal Bar No. CT 05310