UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DANBURY INSURANCE COMPANY, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CASE NO. 3:02CV2097 (RNC) |
| : | |
| JASON GINNETTI, : | |
| : | |
| Defendant. : | |

## JUDGMENT

This action having come on for consideration of defendant's motion for summary judgment before the Honorable Robert N. Chatigny, United States District Judge, and

The court having considered the motion and the full record of the case including applicable principles of law, and having filed a ruling and order granting the motion, it is hereby

ORDERED, ADJUDGED and DECREED that the judgment be and is hereby entered in favor of the defendant.

Dated at Hartford, Connecticut, this 8th day of September 2004.

KEVIN F. ROWE, Clerk

By     /s/lik
   Linda I. Kunofsky
   Deputy Clerk

EOD _____